UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., *solely in its capacity as Administrative Agent*,<br><br>Plaintiff,<br><br>-against-<br><br>QUORUM HEALTH CORPORATION,<br><br>Defendant. | Case No. 1:22-cv-04747-AKH<br><br>ECF Case |

## QUORUM HEALTH CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Quorum Health Corporation ("Quorum"), hereby certify that, as of the date hereof, Quorum Health Corporation is a wholly owned subsidiary of Quincy Health, LLC, a Delaware limited liability company. There is no other publicly held company owning 10% or more of Quorum's stock.

Dated: New York, New York
      June 24, 2022

*/s/ Nicole Greenblatt*
Nicole Greenblatt
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
ngreenblatt@kirkland.com

*Counsel for Quorum Health Corporation*